IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GARY MARTESE CROSS, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| MR. MILLER et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 1:15-CV-3832-TWT-LTW |

## FINAL REPORT AND RECOMMENDATION

Plaintiff is confined at the Georgia Diagnostic and Classification Prison in Jackson, Georgia (the "Prison"). (Doc. 1-3 at 2-3.) Plaintiff, pro se, filed a complaint under 42 U.S.C. § 1983 regarding his confinement there. (*Id.*) Plaintiff contends that he faces hazardous and unsanitary living conditions at the Prison. (*Id.* at 3-5.) Plaintiff seeks damages and correction of the allegedly unlawful conditions, and he named two Prison officials as Defendants. (*Id.*)

Plaintiff filed this case in the wrong venue. An action under 42 U.S.C. § 1983 may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

AO 72A
(Rev.8/82)

28 U.S.C. § 1391(b). Plaintiff's complaint concerns only his confinement at the Prison, which is located in Butts County. (Doc. 1-3.) Butts County is within the jurisdiction of the U.S. District Court for the Middle District of Georgia. Venue is not proper in this Court.

A district court must transfer a case filed in the wrong court to a court in which venue is proper "if it be in the interest of justice." 28 U.S.C. § 1406(a). Because Plaintiff is proceeding pro se and likely does not know the venue laws, the undersigned finds it in the interest of justice to transfer this case.

Accordingly, **IT IS RECOMMENDED** that the Court **TRANSFER** this action to the U.S. District Court for the Middle District of Georgia, Macon Division, for further proceedings.

**SO RECOMMENDED** this 9 day of November, 2015.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE