IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY MARTESE CROSS,

    Plaintiff,

      v.

MR. MILLER, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3832-TWT

**ORDER**

This is a pro se prisoner civil rights action.  It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending transferring the case to the Middle District of Georgia.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is TRANSFERRED to the Middle District of Georgia, Macon Division.

SO ORDERED, this 10 day of December, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge